IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM C. MENEFEE,

    Plaintiff,

  vs.                                    No. CIV S-06-1640 DFL GGH PS

SOLANO COUNTY SHERIFF'S
DEPARTMENT, et al.,                    <u>ORDER</u>

    Defendants.
_____/

        Plaintiff seeks duplicate copies of USM-285 forms and moves for an extension of time within which to return the completed forms to the U.S. Marshal. Plaintiff states he requires the duplicate forms because he "inadvertently [left the originals] on plaintiff's coffee table where plaintiff's 20-month-old niece took the documents and dropped them in the bathroom toilet." The request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of Court shall send plaintiff nine (9) USM-285 forms with service of this order.

        2. Plaintiff's motion for extension of time within which to return the completed forms to the U.S. Marshal is granted. Within 20 days of the filing date of this order, plaintiff shall return the completed forms to the U.S. Marshal and supply all other necessary information

1

1  as set forth in this court's order filed November 3, 2006.

2        3. The Clerk of the Court shall serve a copy of this order on the U.S. Marshal,

3  501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

4  DATED: 12/5/06

          /s/ Gregory G. Hollows

          GREGORY G. HOLLOWS,
          UNITED STATES MAGISTRATE JUDGE

7  GGH5.Menefee1640.eot