IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM C. MENEFEE,

      Plaintiffs,                    No. CIV S-06-1640 DFL GGH PS

     vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.                ORDER

_____/

        On February 7, 2007, plaintiff submitted the USM-285 forms for service on defendants, which the Clerk's office forwarded to the U.S. Marshal. Pursuant to the U.S. Marshal's office, the forms were mailed out the end of February. Therefore, plaintiff's February 26, 2007, motion for extension of time to effect service is moot.

DATED: 3/9/07

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

menefee.srv