IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM C. MENEFEE,

      Plaintiff,

vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.

_____/

No. CIV S-06-1640 DFL GGH PS

ORDER TO SHOW CAUSE

The hearing on the motions to dismiss filed by Solano County and the State of California was convened as noticed on May 24, 2007, at 10:00 a.m. Plaintiff did not file an opposition or statement of nonopposition to the motions, as required by E. D. Cal. L. R. 78-230(c) (opposition shall be filed with the Clerk of Court and served on the opposing party not less than 14 days preceding the hearing date). Nor did plaintiff appear at the hearing, which may be deemed withdrawal of any opposition to the motions or result in the imposition of sanctions, including dismissal. E. D. Cal. L. R. 78-230(j). However, in deference to plaintiff's pro se status, the court will accord plaintiff one additional opportunity to address these matters. See, e.g., Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir. 1992) (evaluation of pro se litigant's compliance with technical rules of civil procedure should be lenient, particularly in civil rights cases).

/ / / /

1

1   Accordingly, plaintiff is hereby ordered to show cause in writing on or before
2 June 14, 2007, why this case should not be dismissed.
3 DATED: 5/31/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS,
UNITED STATES MAGISTRATE JUDGE

GGH5.Menefee1640.osc

2