IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM C. MENEFEE,

    Plaintiff,　　　　　　　　　　　　No. CIV S-06-1640 DFL GGH PS

    vs.

SOLANO COUNTY SHERIFF'S　　　　　　　　ORDER
DEPARTMENT, et al.,

    Defendants.

    /

    On May 31, 2007, this court issued an order to show cause why this action should not be dismissed due to plaintiff's failure to oppose the motions to dismiss filed by Solano County and the State of California. Plaintiff timely responded with a request this action be dismissed in it entirety.

    Accordingly, the order to show cause is DISCHARGED. IT IS HEREBY ORDERED that any defendant objecting to dismissal of this action shall so notify this court in writing within ten days of the filing date of this order. Should there be no objections, plaintiff's request to dismiss this action will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

    SO ORDERED.

DATED: 6/15/07　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS,
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH5.Menefee1640.dism

1