IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM C. MENEFEE,

    Plaintiff,

vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

    /

No. CIV S-06-1640 DFL GGH PS

ORDER

    Pursuant to this court's order filed June 15, 2007, no defendants have filed an objection to plaintiff's June 4, 2007 request this action be dismissed.

    Accordingly, THIS ACTION IS HEREBY DISMISSED pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of the Court shall close this case.

    SO ORDERED.

DATED: 7/24/07                              /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS,
                                         UNITED STATES MAGISTRATE JUDGE

GGH5.Menefee1640.dism.II

1